UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | CASE NO. CV F 10-0661 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| RITE AID CORPORATION, et al., | |
| Defendants. | |

Plaintiff's counsel filed a notice of settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than August 24, 2010, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:   July 19, 2010**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE