UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>         Plaintiff,<br>    vs.<br><br>RITE AID CORP., d/b/a RITE AID PHARMACY #5862, SURAPANENI FRESNO PROPERTIES LLC, and THRIFTY PAYLESS, INC.,<br><br>         Defendants.<br>_____ / | CASE NO. CV-F-10-661 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE** |

On July 29, 2010, the parties filed a stipulation to dismiss with prejudice. Pursuant to Fed. R. Civ. P. 41, this action is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   July 30, 2010**                                /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE